AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gerber, Joel | 2. Court or Organization<br><br>United States Tax Court | 3. Date of Report<br><br>03/19/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>400 2nd Street, N.W., Room 418<br>Washington, D.C. 20217 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Tannenwal Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan.-Dec. | U.S. Treasury Department - Retirement Annuity |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gold Coins | | None | K | T | | | | | |
| 2. Deam Witter (Morgan Stanley) Common Stock | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 3. Lucent Common (Alcatel) | | None | | | Sold | 08/07/12 | J | A | |
| 4. Microsoft Common | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 5. General Electric Common | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 6. Time Warner Common (Formerly AOL) | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 7. Nasdaq 100 Trust QQQ | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 8. Cisco Systems Common | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 9. Ing Annuity (X) | | None | O | T | | | | | |
| 10. Janis Mid Cap Fund | | None | | | Sold | 08/10/12 | J | A | |
| 11. Citibank Checking | A | Interest | K | T | | | | | |
| 12. Citibank Money Market Checking | A | Interest | L | T | | | | | |
| 13. Discover Financial Services | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 14. Janis Mid Cap Fund | | None | | | Sold | 08/10/12 | J | A | |
| 15. T. D. Ameritrade Mney Mkt | A | Int./Div. | J | T | | | | | |
| 16. TDAX FDS, Inc | | None | | | Sold | 08/07/12 | J | A | |
| 17. Cadence Pharmaceuticals | | None | | | Sold | 08/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alps Services Brown Cam Small Co Fd 1 | | None | J | T | Sold (part) | 01/09/12 | J | A | |
| 19. | | | | | Sold (part) | 04/09/12 | J | A | |
| 20. Artio Fds International Equity II A | | None | | | Sold | 01/09/12 | J | A | |
| 21. Artisan Fds Inc Mid Cap Value Fd | | None | J | T | Sold (part) | 01/09/12 | J | A | |
| 22. Berwyn Fd Inc Comm | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 23. | | | | | Sold (part) | 04/09/12 | J | A | |
| 24. | | | | | Sold (part) | 10/02/12 | J | A | |
| 25. Buffalo Fds Mid Cap | | None | J | T | Sold (part) | 04/09/12 | J | A | |
| 26. Credit Suisse Fds Commodity Return Strategy Com | | None | J | T | Sold (part) | 04/09/12 | J | A | |
| 27. | | | | | Sold (part) | 10/02/12 | J | A | |
| 28. Dodge & Cox Fds Intl Stk Fd | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 29. | | | | | Sold (part) | 10/02/12 | J | A | |
| 30. Dodge & Cox Funds Stk Fd | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 31. | | | | | Sold (part) | 10/02/12 | J | A | |
| 32. Harbor Fd Bd Fd Instl | | None | | | Sold | 04/09/12 | J | A | |
| 33. Janus Perkins Midcp Vl Inv T | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 34. Jensen Portfolio Inc Com | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/09/12 | J | A | |
| 36. | | | | | Sold (part) | 06/12/12 | J | A | |
| 37. Metro West Fds Total Return Bd Fd | A | Dividend | J | T | Sold (part) | 04/09/12 | J | A | |
| 38. | | | | | Sold (part) | 06/12/12 | J | A | |
| 39. | | | | | Sold (part) | 10/02/12 | J | A | |
| 40. Northern Fds Small Cap Fd | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 41. | | | | | Sold (part) | 04/09/12 | J | A | |
| 42. | | | | | Sold (part) | 10/02/12 | J | A | |
| 43. Northern Lights Altegris | | None | J | T | Buy | 01/09/12 | J | | |
| 44. Pimco Real Return Fd CL D | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 45. Pimco Total Return | A | Dividend | J | T | Buy | 04/09/12 | J | | |
| 46. | | | | | Sold (part) | 06/12/12 | J | A | |
| 47. Price T. Rowe High Yield Fd 1 Com | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 48. | | | | | Sold (part) | 06/12/12 | J | A | |
| 49. | | | | | Sold (part) | 10/02/12 | J | A | |
| 50. Rowe T. Price Equity Income F Sh Ben Int | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 51. | | | | | Sold (part) | 04/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/12/12 | J | A | |
| 53. | | | | | Sold (part) | 10/02/12 | J | A | |
| 54. Rowe T. Price New Am Growth F Sh Ben Int | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 55. | | | | | Sold (part) | 06/12/12 | J | A | |
| 56. | | | | | Sold (part) | 10/02/12 | J | A | |
| 57. Royce Microcap Investment Cl | | None | J | T | Sold (part) | 01/09/12 | J | A | |
| 58. | | | | | Sold (part) | 04/09/12 | J | A | |
| 59. | | | | | Sold (part) | 10/02/12 | J | A | |
| 60. SSGA Fds Emerging Mkt | | None | J | T | Sold (part) | 04/09/12 | J | A | |
| 61. T Rowe Real Estate Fd | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 62. | | | | | Sold (part) | 04/09/12 | J | A | |
| 63. | | | | | Sold (part) | 06/12/12 | J | A | |
| 64. T Rowe Price Intl Bd Fd | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 65. | | | | | Sold (part) | 10/02/12 | J | A | |
| 66. T Rowe Price Intl Emerg Mkts Stk | A | Dividend | J | T | Sold (part) | 10/02/12 | J | A | |
| 67. Templeton Income Tr Global Bond Advisor | A | Dividend | J | T | | | | | |
| 68. Thornburg Interntl Value Inst | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Turner Fds Midcap Fd Instl Cl | | None | | | Sold (part) | 01/09/12 | J | A | |
| 70. | | | | | Sold (part) | 04/09/12 | J | A | |
| 71. | | | | | Sold | 06/12/12 | J | A | |
| 72. Aips Fund Services Brown Sm 1 See | | None | | | Sold (part) | 01/09/12 | J | A | |
| 73. | | | | | Merged (with line 127) | 08/02/12 | J | | |
| 74. Buffalo Fds Mid Cap Fd | | None | | | Sold (part) | 01/09/12 | J | A | |
| 75. | | | | | Sold (part) | 04/09/12 | J | A | |
| 76. | | | | | Merged (with line 130) | 08/02/12 | J | | |
| 77. Credit Suisse Funs Commodity | | None | | | Sold (part) | 04/09/12 | J | A | |
| 78. | | | | | Merged (with line 132) | 08/02/12 | J | | |
| 79. Dodge & Cox Funds Intl Stk Fd | A | Dividend | | | Sold (part) | 04/09/12 | J | A | |
| 80. | | | | | Merged (with line 134) | 08/02/12 | J | | |
| 81. Dod & Cox Funds Stock Fd | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 82. | | | | | Sold (part) | 04/09/12 | J | A | |
| 83. | | | | | Sold (part) | 06/12/12 | J | A | |
| 84. | | | | | Merged (with line 135) | 08/02/12 | J | | |
| 85. Harbor Fd Bd Fd Instl | | None | | | Sold | 04/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Janus Perkins Mid Cap VL Inv T | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 87. | | | | | Sold (part) | 04/09/12 | J | A | |
| 88. | | | | | Sold (part) | 06/13/12 | J | A | |
| 89. | | | | | Merged (with line 139) | 08/02/12 | J | | |
| 90.  Janus Short Term Bd T | A | Dividend | | | Sold (part) | 04/09/12 | J | A | |
| 91. | | | | | Merged (with line 141) | 08/02/12 | J | | |
| 92.  Jensen Quality Growth J | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 93. | | | | | Sold (part) | 04/09/12 | J | A | |
| 94. | | | | | Merged (with line 142) | 08/02/12 | J | | |
| 95.  Metropolitan West Total Return | A | Dividend | | | Sold (part) | 04/09/12 | J | A | |
| 96. | | | | | Sold (part) | 06/13/12 | J | A | |
| 97. | | | | | Merged (with line 145) | 08/02/12 | J | | |
| 98.  Northern Fds Small Cap Fd | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 99. | | | | | Merged (with line 147) | 08/02/12 | J | | |
| 100.  Pimco Real Return Fd Cl D | A | Dividend | | | Merged (with line 150) | 08/02/12 | J | | |
| 101. | | | | | Sold (part) | 06/13/12 | J | A | |
| 102.  Price T Rowe High Yield Fd 1 Com | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/13/12 | J | A | |
| 104. | | | | | Merged (with line 154) | 08/02/12 | J | | |
| 105. Rowe T Price Equity Inc F Sh Ben | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 106. | | | | | Merged (with line 157) | 08/02/12 | J | | |
| 107. Rowe T Price New Am Growth F Sh | A | Dividend | | | Sold (part) | 06/13/12 | J | A | |
| 108. | | | | | Merged (with line 160) | 08/02/12 | J | | |
| 109. Rowe T Price Short Term Bd F Com | A | Dividend | | | Sold (part) | 06/12/12 | J | A | |
| 110. | | | | | Merged (with line 163) | 08/02/12 | J | | |
| 111. SSGA Fds Emerging Mkt | A | Dividend | | | Sold (part) | 04/09/12 | J | A | |
| 112. | | | | | Merged (with line 164) | 08/02/12 | J | | |
| 113. T Rowe Price Intl Intl Bd Fd | A | Dividend | | | Sold (part) | 06/13/12 | J | A | |
| 114. | | | | | Merged (with line 167) | 08/02/12 | J | | |
| 115. T Rowe Price Real Estate Fd | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 116. | | | | | Sold (part) | 04/09/12 | J | A | |
| 117. | | | | | Sold (part) | 06/13/12 | J | A | |
| 118. | | | | | Merged (with line 170) | 08/02/12 | J | | |
| 119. Templeton Income Tr Global Bond | A | Dividend | | | Sold (part) | 04/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Merged (with line 173) | 08/02/12 | J | | |
| 121.  Thornburg Interntl Value Inst | A | Dividend | | | Sold (part) | 04/09/12 | J | A | |
| 122. | | | | | Merged (with line 175) | 08/02/12 | J | | |
| 123.  American Century Government Bond | A | Dividend | K | T | Buy | 04/09/12 | K | | |
| 124. | | | | | Sold (part) | 06/13/12 | J | A | |
| 125. | | | | | Sold (part) | 10/03/12 | J | A | |
| 126.  Artisan Fds Inc Mid Cap Value Fd | A | Dividend | | | Sold | 09/21/12 | J | A | |
| 127.  ALPS Fund Services Brown Sm 1 SEE | | None | | | Sold (part) | 04/09/12 | J | A | |
| 128. | | | | | Sold | 09/21/12 | J | A | |
| 129.  Berwin Fd Inc. Com | | None | | | Sold | 09/21/12 | J | A | |
| 130.  Buffalo Fds Mid Cap Fd | | None | J | T | Sold (part) | 01/09/12 | J | A | |
| 131. | | | | | Sold (part) | 04/09/12 | J | A | |
| 132.  Credit Suisse Funds Commodity | A | Dividend | J | T | Sold (part) | 04/09/12 | J | A | |
| 133. | | | | | Sold (part) | 10/02/12 | J | A | |
| 134.  Dodge & Cox Funds International Stock Fund | A | Dividend | J | T | Sold (part) | 04/09/12 | J | A | |
| 135.  Dodge & Cox Funds Stock Fund | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 136. | | | | | Sold (part) | 04/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 09/21/12 | J | A | |
| 138. Harbor Fd Bd Fd Instl | A | Dividend | | | Sold | 04/09/12 | J | A | |
| 139. Janus Perkins Mid Cp Vl Inv T | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 140. | | | | | Sold (part) | 04/09/12 | J | A | |
| 141. Janus Short Term Bd T | A | Dividend | J | T | Sold (part) | 10/03/12 | J | A | |
| 142. Jensen Quality Growth J | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 143. | | | | | Sold (part) | 04/09/12 | J | A | |
| 144. | | | | | Sold (part) | 06/12/12 | J | A | |
| 145. Metropolitan West Total Return | A | Dividend | J | T | Sold (part) | 04/09/12 | J | A | |
| 146. | | | | | Sold (part) | 06/12/12 | J | A | |
| 147. Northern FDS Small Cap Fd | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 148. | | | | | Sold (part) | 04/09/12 | J | A | |
| 149. Northern Lights | | None | J | T | Buy | 01/09/12 | J | | |
| 150. Pimco Real Return Fd Cl D | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 151. | | | | | Sold (part) | 10/03/12 | J | A | |
| 152. Pimco Total Return Fund Institutional | A | Dividend | K | T | Buy | 04/09/12 | K | | |
| 153. | | | | | Sold (part) | 06/12/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Price T Rowe High Yield Fd 1 Com | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 155. | | | | | Sold (part) | 04/09/12 | J | A | |
| 156.  T Rowe Price Com | A | Dividend | J | T | Buy | 08/20/12 | J | | |
| 157.  Rowe T Price Equity Income F Sh Ben | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 158. | | | | | Sold (part) | 06/12/12 | J | A | |
| 159. | | | | | Sold (part) | 10/02/12 | J | A | |
| 160.  Rowe T Price New Am Growth F Sh | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 161. | | | | | Sold (part) | 04/09/12 | J | A | |
| 162. | | | | | Sold (part) | 09/21/12 | J | A | |
| 163.  Rowe T Price Short Term Bd F Com | A | Dividend | | | Sold | 10/03/12 | J | A | |
| 164.  SSGA Fds Emerging Mkt | A | Dividend | | | Sold (part) | 04/09/12 | J | A | |
| 165. | | | | | Sold | 09/21/12 | J | A | |
| 166.  T Rowe Price Intl Emerg Mkts Stk | A | Dividend | | | Sold | 09/21/12 | J | A | |
| 167.  T Rowe Price Intl Intl Bd Fd | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 168. | | | | | Sold (part) | 09/21/12 | J | A | |
| 169. | | | | | Sold (part) | 10/03/12 | J | A | |
| 170.  T Rowe Real Estate Fd | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 04/09/12 | J | A | |
| 172. | | | | | Sold | 09/21/12 | J | A | |
| 173. Templeton Income Tr Global Bond | A | Dividend | J | T | Sold (part) | 04/09/12 | J | A | |
| 174. | | | | | Sold (part) | 06/21/12 | J | A | |
| 175. Thornburg Interntl Value Inst | A | Dividend | J | T | Sold (part) | 06/21/12 | J | A | |
| 176. Turner FDS Midcap Fd Instl Cl | | None | | | Sold | 06/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel Gerber**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544